UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ORLANDO MARTINEZ, on of behalf of himself and all others similarly situated,

                Plaintiff,

-against-

BUDO MAINTENANCE CORP., NEW HOPE FUND, LLC, and SHERMAN MANAGEMENT A/K/A SHERMAN PROPERTY MANAGEMENT,

                Defendants.
-----------------------------------------------------------X

Docket No.: 19 Civ. 3302

**STIPULATION OF VOLUNTARY DISMISSAL PURSUAT TO F.R.C.P. 41(a)(1)(A)(ii)**

**STIPULATION OF VOLUNTARY DISMISSAL PURSUAT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT HEREBY IS STIPULATED AND AGREED by and between the parties that the above-captioned action is voluntarily dismissed, without prejudice against the defendant SHERMAN MANAGEMENT A/K/A SHERMAN PROPERTY MANAGEMENT, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

JOSEPH & NORINSBERG, LLC

By: _____
Chaya Gourarie, Esq.
225 Broadway Suite 2700
New York, N.Y. 10007
Tel: (212) 227-5700
Fax: (212) 656-1889

Dated: 4/29/19

BARLEY SNYDER

By: _____
Scott L. Kelley, Esq.
14 Center Square
Hanover, PA 17331
Tel (717) 637-6239
Fax (717) 637-5407

Dated: 4/26/2019