UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney: JOSEPH & NORINSBERG LLC - 2537

ORLANDO MARTINEZ, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED

Index #: 1:19-CV-03302

Plaintiff(s)

-against-

Date Filed:

BUDO MAINTENANCE CORP. ETAL

**AFFIDAVIT OF SERVICE**

Defendant(s)

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

CELESTE WARREN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on April 24, 2019 at 03:23 PM at



406 AVENUE F
BROOKLYN, NY11218

deponent served the within true copy of the SUMMONS IN A CIVIL ACTION AND COMPLAINT on NEW HOPE FUND, LLC, the defendant/respondent therein named,

**LIMITED LIABILITY COMPANY**

by delivering thereat a true copy of each to MR. ABRAHAM personally, deponent knew said limited liability company so served to be the limited liability company described in said SUMMONS IN A CIVIL ACTION AND COMPLAINT as said defendant/respondent and knew said individual to be THE MANAGING-AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|------|------------|------------|---------------|------------------|-----------------|
| MALE | WHITE | SALT & PEPPER | 57 | 5'10 | 250 |
| GLASSES | | | | | |

Sworn to me on:  April 25, 2019

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2022

Robin Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2021

Gotham Process Inc.
299 Broadway
New York NY 10007

**CELESTE WARREN**
License #: 2015787

Docket #:     *1115910*