UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ORLANDO MARTINEZ, on behalf of himself
and other similarly situated individuals

                         Plaintiff,                   **19-CV-03302 (VSB)**

                                                  **<u>NOTICE OF APPEARANCE</u>**

         -against-

BUDO MAINTENANCE CORP., NEW HOPE FUND,
LLC, AND SHERMAN MANAGEMENT A/K/A
SHERMAN PROPERTY MANAGEMENT,

                         Defendants.
------------------------------------------------------------------------X
To the Clerk of this Court and all parties of record:

        Please enter my appearance as counsel in this case for Defendant New Hope Fund, LLC

        I certify that I am admitted to practice before this Court.


Dated:  New York, New York
       May 13, 2019               _____*/S/*_____
                                    Stuart Weinberger, Esq.
                                    Goldberg and Weinberger LLP
                                    630 Third Avenue, 18th Floor
                                    New York, NY 10017
                                    P: (212) 867-9595
                                    F: (212) 949-1857