UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------------X

ORLANDO MARTINEZ, on behalf of himself and all others
similarly situated

                Plaintiff,                             **19-CV-3302 (VSB)**

                                                                            **RULE 7.1**

        -against-                        **CORPORATE DISCLOSURE**
                                                                   **STATEMENT**

BUDO MAINTENANCE CORP., NEW HOPE FUND, LLC,
and SHERMAN MANAGEMENT A/K/A SHERMAN
PROPERTY MANAGEMENT,

                Defendants.

-----------------------------------------------------------------------------X

      Defendant NEW HOPE FUND, LLC, hereby files a corporate disclosure statement in

accordance with Rule 7.1:

      There is no parent corporation and any publicly held corporation owning 10% or more of

the stock of New Hope Fund, LLC


Dated: New York, NY               /s/ Stuart Weinberger
        June 10, 2019             Stuart Weinberger, Esq.

                                      Goldberg and Weinberger, LLP
                                      630 Third Avenue, 18th Floor
                                      New York, NY 10017
                                      P: (212) 867-9595
                                      F: (212) 949-1857