UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------X
ORLANDO MARTINEZ, on behalf of himself and all others similarly situated

                        Plaintiff,                            **19-CV-3302 (VSB)**

                                               **RULE 7.1**
      -against-                            **CORPORATE DISCLOSURE**
                                                  **STATEMENT**

BUDO MAINTENANCE CORP., NEW HOPE FUND, LLC, and SHERMAN MANAGEMENT A/K/A SHERMAN PROPERTY MANAGEMENT,

                        Defendants.
-----------------------------------------------------------------------------X

        Defendant BUDO MAINTENANCE CORP., hereby files a corporate disclosure statement in accordance with Rule 7.1:

        There is no parent corporation and any publicly held corporation owning 10% or more of the stock of Budo Maintenance Corp.


Dated:  New York, NY                   /s/ Stuart Weinberger
           June 10, 2019                 Stuart Weinberger, Esq.

                                         Goldberg and Weinberger, LLP
                                         630 Third Avenue, 18th Floor
                                         New York, NY 10017
                                         P: (212) 867-9595
                                         F: (212) 949-1857