# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ORLANDO MARTINEZ, on behalf of himself and all others similarly situated,

                      Plaintiff,

-against-

BUDO MAINTENANCE CORP. and NEW HOPE FUND, LLC

                      Defendants.
-----------------------------------------------------------------X

19-CV-3302 (VSB)

**STIPULATION & ORDER OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel of record for Plaintiff and Defendant Budo Maintenance Corp. that any and all claims asserted by Plaintiff in the above entitled action are hereby discontinued and dismissed, with prejudice, as against Defendant Budo Maintenance Corp., without costs or attorneys' fees to any party as against another.

Dated: October 17, 2019
New York, NY

_____
Chaya M. Gourarie, Esq.

Joseph & Norinsberg, LLC
225 Broadway, Suite 2700
New York, NY 10007
P: (212) 227-5700
F: (212) 406-6890

*Attorneys for Plaintiff*

Dated: October 16, 2019
New York, NY

_____
Stuart Weinberger, Esq.

Goldberg and Weinberger LLP
630 Third Avenue, 18th Floor
New York, NY 10017
P: (212) 867-9595
F: (212) 949-1857

*Attorneys for Defendant Budo*

SO ORDERED:

_____
HON. VERNON S. BRODERICK