# EXHIBIT A

Martinez v. Budo Maintenance Corp. et al. Docket No. 1:19-cv-03302 (VSB)

CHAYA M. GOURARIE – ATTORNEY HOURS

| DATE | ACTIVITY | TIME |
|---|---|---|
| Feb. 29, 2019 | Initial client consultation: retainer executed | 1.3 |
| Apr 9, 2019 | Drafted complaint | 2.4 |
| Apr 10, 2019 | Drafted complaint, Cont. | 1.9 |
| Apr 12, 2019 | Final revisions to complaint | 0.8 |
| Apr 12, 2019 | Worked with paralegal AG to prepare for filing and filing complaint | 0.5 |
| Apr 17 2019 | Spoke to Gina Dwier of Sherman Property Management re wrong party was served | 0.3 |
| Apr 24, 2019 | Reviewed cease and desist correspondence from Sherman Property Management re wrong party being served; responded by email | 0.4 |
| Apr 25, 2019 | Worked with paralegal KS to prepare stip of dismissal for wrong party and sent same to counsel | 0.3 |
| Apr 29, 2019 | Worked with paralegal KS to file stip of voluntary dismissal re wrong party | 0.1 |
| May 12, 2019 | Reviewed proposed extension letters from opposing counsel Stuart Weinberger; approved same | 0.2 |
| May 12, 2019 | Phone conversation with opposing counsel Mr. Weinberger re merits of case | 0.4 |
| May 22, 2019 | Email to paralegal AG regarding questions to ask Plaintiff, and request for documents | 0.1 |
| May 28, 2019 | Email to Mr. Weinberger to set up phone call to discuss new facts received from Plaintiff | 0.1 |
| May 30, 2019 | Phone conversation with Mr. Weinberger re new facts received from Plaintiff & upcoming court-ordered mediation | 0.3 |
| June 4, 2019 | Worked with paralegal AG to obtain more documents from Plaintiff | 0.2 |
| June 7, 2019 | Made minor revisions to complaint and worked with paralegal KS to file Amended Complaint and Amended Issuance of Summons | 0.5 |
| June 11, 2019 | Email exchange between counsel and Bernadette Jentsch, Esq., re selecting a date for upcoming mediation | 0.2 |
| July 8, 2019 | Email to Bernadette Jentsch, Esq. to confirm consultation on July 10, 2019 | 0.1 |
| July 10, 2019 | Email exchange with Bernadette Jentsch, Esq. to re-schedule consultation | 0.2 |
| July12, 2019 | Call with Bernadette Jentsch, Esq. re upcoming mediation | 0.4 |
| July 12, 2019 | Email to Mr. Weinberger re rescheduling the mediation since Plaintiff did not yet receive documents from opp counsel | 0.1 |
| July 17, 2019 | Email exchange between counsel and Bernadette Jentsch, Esq., re selecting a new date for mediation | 0.2 |

| July 17, 2019 | Email to paralegal to advise Plaintiff of mediation adjournment and set up phone or in-person meeting with him | 0.1 |
|---|---|---|
| July 19, 2019 | Email to Mr. Weinberger re confirming new date for mediation | 0.1 |
| July 24, 2019 | Email to opp counsel requesting their production in advance of meeting with Plaintiff | 0.1 |
| July 26, 2019 | Reviewed production from Defendants. Gave paralegal KS breakdown of time and payrate to created damages charts. | 0.8 |
| July 26, 2019 | Meeting with Plaintiff and Ms. Nieves, interpreter, to review Defendant's production and explain same to Plaintiff | 1.1 |
| July 31, 2019 | Email exchange between counsel and Bernadette Jentsch, Esq., re confirming new date for mediation – August 26, 2019 | 0.2 |
| August 2, 2019 | Confirmed with Plaintiff his availability for mediation on August 26, 2019 | 0.1 |
| August 2, 2019 | Email exchange between counsel and Bernadette Jentsch re final confirmation as to all attorneys and all clients for mediation on August 26, 2019 | 0.2 |
| August 6, 2019 | Confirmed with Ms. Nieves her availability to attend mediation on August 26, 2019, as interpreter | 0.1 |
| August 6, 2019 | Worked with paralegal KS on Plaintiff's damages charts | 1.3 |
| August 7, 2019 | Providing paralegal with further directions re Plaintiff's damages charts | 0.3 |
| August 21, 2019 | Received additional pre-mediation production from Defendants; reviewed same. | 0.6 |
| August 21, 2019 | Email to paralegal GB re printing and binding production | 0.1 |
| August 21, 2019 | Worked with paralegal GB on second damages chart for Plaintiff | 0.5 |
| August 22, 2019 | Phone conversation with opposing counsel Mr. Beldner re upcoming mediation | 0.3 |
| August 22, 2019 | Final revisions to damages chart with GB | 0.3 |
| August 23, 2019 | Compiled production to send opp counsel and sent same via email. | 0.4 |
| August 23, 2019 | Drafted mediation statement | 1.3 |
| August 24, 2019 | Finalized mediation statement and sent same to mediator | 0.7 |
| August 25, 2019 | Sent opposing counsel Plaintiff's damages chart and made formal demand for both companies | 0.2 |
| August 26, 2019 | Mediation: morning session with Budo Maintenance was afternoon session with New Hope, LLC. Both companies settled. | 8.4 |
| August 28, 2019 | Email exchange with counsel re adjourning conf. | 0.2 |
| Sept. 10, 2019 | Computed breakdown for settlement and e-mailed same to opp counsel | 0.3 |
| Sept. 24, 2019 | Received settlement agreement drafts from opp counsel; reviewed same | 0.5 |
| Sept. 26, 2019 | Sent opp counsel several revisions to settlement agreements | 0.2 |
| Sept. 27, 2019 | Received revised draft of settlement agreements from opp counsel; reviewed same | 0.2 |

| Oct. 2, 2019 | Email to paralegal AG to advise Plaintiff re coming into office to sign settlement agreement | 0.1 |
|---|---|---|
| Oct. 15, 2019 | Meeting with Plaintiff and Ms. Nieves re signing settlement papers and relevant tax papers | 1.2 |
| Oct. 15, 2019 | Oversaw paralegal KS sending signed settlements and relevant tax papers to opp counsel | 0.2 |
| Oct. 16, 2019 | Received email from Mr. Beldner re minor corrections to stip of dismissal; agreed with his proposed revisions; implemented same | 0.3 |
| Oct. 25, 2019 | Drafted letter to court seeking extension of time to file fairness letter; filed same. | 0.2 |
| October 26, 2019 | Drafted fairness letter | 3.1 |
| Nov. 3, 2019 | Drafted fairness letter, cont. & prepared all relevant exhibits | 1.7 |
| Nov. 3, 2019 | Filed Settlement Agreement and Motion for Settlement Approval. Document | 0.2 |
| Nov. 11, 2019 | Call with Plaintiff and SM re status of settlement | 0.2 |
| Nov. 26, 2019 | Call with Plaintiff and SM re status of settlement | 0.1 |
| Dec. 17, 2019 | Call with Plaintiff and SM re status of settlement | 0.1 |
| Feb. 7, 2020 | Call with Plaintiff's wife re status of settlement | 0.2 |
| March 6, 2020 | Called chambers to find out status of settlement after receiving call from client | 0.1 |
| April 27, 2020 | Call from Plaintiff re status of settlement | 0.1 |
| June 22, 2020 | Call from Plaintiff's wife re status of settlement | 0.2 |
| Sept. 9, 2020 | Reviewed Court's Order re supplemental letter | 0.2 |
| Sept. 25, 2020 | Drafted letter to Court seeking a 2-week extension of time to file supplemental letter & directed paralegal KS to file same | 0.3 |
| Oct. 14, 2020 | Drafted another letter to Court seeking a 2-day extension of time to file supplemental letter & directed paralegal KS to file same | 0.3 |
| Oct. 14, 2020 | Conf call with Plaintiff and Ms. Nieves re status of settlement | 0.8 |
| Oct. 18, 2020 | Drafted supplemental letter to Court | 2.9 |
| **TOTAL** | | **42.1** |
| **HOURLY RATE** | **$400.00 (hour)** | **$16,840.00** |