# EXHIBIT C

# NEW HOPE FUND, LLC
# ORLANDO MARTINEZ
# OVERTIME DAMAGES

| YEAR | HOURS WORKED PER WEEK | HOURS PAID PER WEEK Regular Rate | AVERAGE UNPAID OT HOURS PER WEEK | ACTUAL HOURLY RATE | STATUTORY TIME-AND-A-HALF-RATE | OT DAMAGES PER WEEK | OT DAMAGES PER YEAR | LIQUIDATED DAMAGES | TOTAL DAMAGES WITH x.09 |
|---|---|---|---|---|---|---|---|---|---|
| 2016 52 wks | 65 | 40 | 15 | $10.50 | $15.75 | $236.25 | $12,285.00 | $24,570.00 | $26,781.30 |
| 2017 4 wks | 65 | 40 | 15 | $11.00 | $16.50 | $247.50 | $990.00 | $1,980.00 | $2,158.20 |
| SUBTOTAL | | | | | | | | | $28,939.50 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| NYWPTA | | | | | | | | | $10,000.00 |
| | | | | | | | | | |
| TOTAL | | | | | | | | | $38,939.50 |